BEFORE THE THIRD DIVISION, OCTOBER 2, 1943

**No. 48820.**—Protests 813151–G, etc., of Central Vermont Railway, Inc., et al. (St. Albans and St. Louis).

Opinion by CLINE, J. Following the authorities cited in, Abstract 15400 the court dismissed the protests.

**No. 48821.**—Protest 101392–K/12620 of New Orleans Grain & Feed Co. (New Orleans).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of corn-feed meal containing bran, used for animal feed and not for human consumption, it was held dutiable at 5 percent under paragraph 730 and T. D. 49752 as claimed.

**No. 48822.**—Protests 14033–K, etc., of Chan & Chan et al. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48823.**—Protests 65773–K, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48824.**—Protests 94631–K, etc., of P. Unanue et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 4, 1943

**No. 48825.**—Protest 969590–G of Absorbo Beer Pad Co., Inc. (New York).

Opinion by KINCHELOE, J. The record established that the merchandise is of the same dutiable character as that passed upon in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748), the record in which case was incorporated herein. In accordance therewith the protest was sustained.

**No. 48826.**—Protests 71351–K, etc., of Mason Bros. & Tarlin et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.